**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tommie Raymond THOMAS,**
**Defendant–Appellant.**

**No. 16–6183.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 26, 2016.

Tommie Raymond Thomas, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommie Raymond Thomas appeals the district court's order denying his motion to correct an alleged clerical error in his criminal judgment. *See* Fed.R.Crim.P. 36. Because there is no clerical error in Thomas' criminal judgment, we affirm the district court's order. *United States v. Thomas*, No. 3:03–cr–00173–GCM–1 (W.D.N.C. Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-gument would not aid the decisional process.

*AFFIRMED.*